IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JAMES W MEEKS, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:16-CV-376 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

# ORDER

Petitioner James Meeks ("Meeks"), an inmate in the Texas Department of Criminal Justice – Correctional Institutions Division currently incarcerated at the Garza East Unit in Beeville, Texas, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 alleging that his right to due process was violated in a prison disciplinary hearing which resulted in the imposition of punishment. Dkt. No. 1. The Court has before it Respondent's motion for summary judgment,[1] Dkt. No. 9, and the Memorandum and Recommendations of the magistrate judge to whom this case was referred pursuant to 28 U.S.C. § 636(b), Dkt. No. 11 ("M&R"). The deadline to file objections to the magistrate judge's proposed findings and recommendations has passed, and the docket sheet shows that no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting 14-day deadline to file objections); Fed. R. Civ. P. 72(b)(2) (same); *see also* M&R at 15 (advising parties of 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the magistrate judge's proposed findings and recommendations; **GRANTS** Respondent's motion for summary judgment, Dkt. No. 9; **DISMISSES** any challenge to the denial of parole Meeks asserts in his petition for a writ of habeas corpus, Dkt. No. 1; **DENIES** Meeks' cause of action based on the result of the disciplinary hearing raised in this petition, Dkt. No. 1; and **DENIES** Petitioner

---

[1] Petitioner did not respond to this motion.

a certificate of appealability. The Clerk shall close this case after entering the accompanying judgment.

It is so ORDERED.

SIGNED this 8th day of August, 2017.

_____
Hilda Tagle
Senior United States District Judge